**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**WEIRTON MEDICAL CENTER, INC.,**

      **Plaintiff,**

**v.**                                   **Civil Action No. 5:26-CV-79**
                                         **Hon. Chief Judge Thomas S. Kleeh**

**VIGILANT INSURANCE COMPANY,**
**and CHUBB NATIONAL INSURANCE**
**COMPANY,**

      **Defendants.**

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**
**OF PLAINTIFF'S COMPLAINT**

COMES NOW, Defendants, Vigilant Insurance Company ("Vigilant") and Chubb National Insurance Company ("Chubb"), pursuant to Rules 12(b)(1) and 12(b)(6) of the *Federal Rules of Civil Procedure*, and moves this Honorable Court for partial dismissal of Plaintiff's Complaint. A memorandum of law supporting this motion follows. As set forth more fully therein, Defendants move for partial dismissal of the following claims in Plaintiff's Complaint:

A. Plaintiff's claims under Counts I and II of the Complaint against Defendant Chubb fail as a matter of law because Plaintiff fails to allege Defendant Chubb is a party to the insurance policy and admits the applicable insurance policy was issued by Defendant Vigilant. Because Defendant Chubb is not a party to the insurance policy, Plaintiff cannot maintain an action for breach of contract or seek declaratory judgment against Defendant Chubb.

B. Plaintiff's claim under Count III of the Complaint fails as a matter of law because West Virginia does not recognize the breach of duty of good faith and fair dealing as a separate cause of action.

C. Plaintiff cannot maintain a claim against Chubb for common law bad faith because there is no contractual relationship. Under West Virginia law, a claim for common law bad faith can only exist if there is a contractual relationship between the parties.

D. Plaintiff's claims under Count IV of the Complaint for violations of the Unfair Trade Practices Act ("UTPA") pursuant to W. Va. Code § 33-11-4(9)(b)-(d) and (f) fail as a matter of law because Plaintiff, a first-party insured, lacks standing to bring such claims.

E. Plaintiff's claim for punitive damages under Count V of the Complaint fails as a matter of law because West Virginia does not recognize a separate cause of action for punitive damages.

WHEREFORE, for the reasons set forth herein and Defendants' accompanying *Memorandum of Law in Support of Defendants' Motion for Partial Dismissal of Plaintiff's Complaint*, Defendants respectfully request partial dismissal of Counts I, II, III, IV, and V of the Complaint. Defendants further request such additional relief as this Court deems appropriate.

**VIGILANT INSURANCE COMPANY, and
CHUBB NATIONAL INSURANCE COMPANY,**

**By Counsel,**

/s/Matthew J. Perry

Matthew J. Perry, Esquire WVSB 8589
Jill E. Lansden, Esquire WVSB 12769
Cory Lowe, Esquire WVSB 13649
**Burns White, LLC**
720 Fourth Avenue
Huntington, WV 25701
(304) 523-5400
mjperry@burnswhite.com
jelansden@burnswhite.com
*Counsel for Defendants*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

**WEIRTON MEDICAL CENTER, INC.,**

**Plaintiff,**

v.

**Civil Action No. 5:26-CV-79**
**Hon. Chief Judge Thomas S. Kleeh**

**VIGILANT INSURANCE COMPANY,
and CHUBB NATIONAL INSURANCE
COMPANY,**

**Defendants.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing *Defendants' Motion for Partial Dismissal of Plaintiff's Complaint* was served on April 16, 2026 via the Court's e-filing system, with notice to the following:

Carl A. Frankovitch, Esq.
Casey Jo Wynn, Esq.
Adriana C. DiMatteis, Esq.
FRANKOVITCH, ANETAKIS, SIMON, DECAPIO & PEARL, LLP
337 Penco Road
Weirton, WV 26002
*Counsel for Plaintiff*

/s/Matthew J. Perry